UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RODNEY ALLEN CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:25-cv-01902-ACL |
| ) | |
| ST. CHARLES COUNTY JAIL and ) | |
| STATE OF MISSOURI, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Self-represented Plaintiff Rodney Allen Campbell filed this 42 U.S.C. § 1983 civil rights action regarding conditions of confinement at the St. Charles County Jail. ECF No. 1. However, Plaintiff neither paid the Court filing fee nor filed a motion to proceed *in forma pauperis*, or without prepayment of fees or costs. Plaintiff must do one or the other in order for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis."). Furthermore, if Plaintiff files a motion to proceed *in forma pauperis*, he must also file a certified copy of his jail account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff's failure to timely pay the filing fee or file a motion to proceed *in forma pauperis* may result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a motion to proceed without prepaying fees or costs by **Thursday, February 5, 2026**.

**IT IS FURTHER ORDERED** that, if Plaintiff files a motion to proceed *in forma pauperis*, he must also submit a certified copy of his jail account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 6th day of January, 2026.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE